UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHERI L. BARRON,

                                                  Hon. Mark A. Goldsmith
                                                  Case No. 11-CV-12620

                Plaintiff,

v.

UNIVERSITY OF MICHIGAN, et al.

                Defendants.
_____/

## ORDER SUSPENDING DISPOSITIVE MOTION DEADLINE

After a hearing on Defendants' second motion to dismiss (Dkt. 44), the Court issued an Order denying Defendants' motion, but imposing certain sanctions. 10/11/13 Order (Dkt. 53). As part of that Order, the Court set a new schedule for this action, including setting a dispositive motion deadline of December 23, 2013. Id. at 10.

On November 25, 2013, Defendants filed a third motion to dismiss, alleging further violations of the Court's Orders by Plaintiff. Defs.' Third Mot. to Dismiss (Dkt. 55). Defendants claim that Plaintiff's purported violations make it difficult to comply with the December 23, 2013 deadline. Id. at 3; Defs.' Br. at 12 (Dkt. 55). Also on November 25, Plaintiff filed a motion for relief from judgment, in which she requests that the previously imposed monetary sanctions be assessed against her former counsel instead of against her personally. Pl.'s Mot. for Relief from J. (Dkt. 56).

In light of the parties' recent motions, as well as the briefing schedule set forth by Local Rule 7.1(e), the Court concludes that the December 23, 2013 deadline for dispositive motions is no longer tenable. Accordingly, the Court suspends this deadline. The Court will set a new

1

deadline for dispositive motions, to the extent necessary, following a decision on the pending motions.

SO ORDERED.

Dated: December 2, 2013             s/Mark A. Goldsmith
     Flint, Michigan               MARK A. GOLDSMITH
                                                  United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 2, 2013.

                                                    s/Deborah J. Goltz
                                                    DEBORAH J. GOLTZ
                                                    Case Manager