UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHERI L. BARRON,

    Plaintiff,

vs.

UNIVERSITY OF MICHIGAN, et al.,

    Defendants.
_____/

Civil Case No.
11-CV-12620

HON. MARK A. GOLDSMITH

## **JUDGMENT**

In accordance with the Opinion and Order entered today, judgment is entered in favor of Defendants.

                            DAVID J. WEAVER
                            CLERK OF THE COURT

                 By:    s/Deborah J. Goltz
                            DEPUTY COURT CLERK

APPROVED:

s/Mark A. Goldsmith
MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE